## VENABLE v. RANDALL.

FISH, J. It appearing that the court granted a nonsuit upon evidence which would have warranted a verdict in favor of the plaintiff, there was no error in setting aside such judgment and reinstating the case.

*Judgment affirmed. All the Justices concurring.*

Argued June 5,—Decided July 22, 1901.

Motion to reinstate. Before Judge Reid. City court of Atlanta. December 1, 1900.

*C. D. Maddox* and *W. A. Sims,* for plaintiff in error.
*McElreath & McElreath,* contra.